**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Case No.:**

NATALIE VELLOJIN,

Plaintiff,

v.

PENN CREDIT CORPORATION a/k/a
PENN/CENTRAL CORPORATION, a
Pennsylvania corporation.

Defendant.
_____________________________________/
_________________________________________

**IN THE COUNTY COURT OF**
**IN AND FOR LEE COUNTY, FLORIDA**
**Case No.: 15-sc-003689**

NATALIE VELLOJIN,

Plaintiff,

v.

PENN CREDIT CORPORATION a/k/a
PENN/CENTRAL CORPORATION, a
Pennsylvania corporation.

Defendant.
_____________________________________/

**NOTICE AND PETITION FOR REMOVAL**

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

COMES NOW, Defendant and Petitioner for removal, Penn Credit Corporation., ("Defendant"), and with reservation of all rights, hereby removes from the County Court in and

for Lee County, Florida, the proceeding entitled and captioned: ***Natalie Vellojin v. Penn Credit Corporation,*** Case No.: **15-sc-003689**, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as a Defendant in a civil action brought against them in the County Court in and for Lee County, Florida, the proceeding entitled and captioned: ***Natalie Vellojin v. Penn Credit Corporation,*** Case No.: **15-sc-003689.** A copy of the Complaint filed in that action, in addition to all process and pleadings served upon or received by Defendant/Petitioner, are attached hereto as Composite Exhibit "A".
2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon the Defendant/Petitioner on July 24, 2015.
3. The controversy herein between the Plaintiff and Defendant/Petitioner is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act.
4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.
5. This Petition for Removal is filed with this Court within thirty (30) days after receipt by Defendant/Petitioner of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendant respectfully requests that the above entitled action be removed from the County Court in and for Lee County, Florida, to the United States District Court for the Middle District of Florida for all further proceedings.

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail on this 12th day of August 2015 to:

David W. Fineman, Esq.
THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, Florida 33919
Phone: (239) 939-0900
Fax: (239) 939-0588
DFineman@DellutriLawGroup.com

/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555